UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TORREY ADAMS**                                                   **CIVIL ACTION**

**VERSUS**                                                         **NO. 19-12122**

**TRANZIT LOGISTICS, INC., ET AL.**                                **SECTION: "G"**

## ORDER AND REASONS

In this litigation, Plaintiff Torrey Adams ("Plaintiff") brings suit against Tranzit Logistics, Inc. ("Tranzit"), William Lingren ("Lingren"), and American Inter-Fidelity Exchange (collectively, "Defendants").[1] Plaintiff alleges that while operating an 18-wheeler truck on Clarence Henry Truckway in Orleans Parish, his truck was struck by an 18-wheeler truck driven by Lingren, who was driving within the scope of his employment with Tranzit.[2] Before the Court is Defendants' "Motion for Partial Summary Judgment," filed on February 23, 2021.[3] In the Motion, Defendants assert that it is undisputed that Lingren was within the scope of his employment at the time of the accident.[4] Therefore, Defendants argue that under Louisiana law, Plaintiff cannot pursue "both a negligence cause of action against [Lingren], for which Tranzit Logistics, Inc. will be vicariously liable, and a direct negligence claim against Tranzit Logistics, Inc. for alleged negligence in allowing [Lingren] to operate the vehicle and/or failing to train him

---

[1] Rec. Doc. 2-2; Rec. Doc. 17.

[2] Rec. Doc. 17 at 2–4.

[3] Rec. Doc. 48.

[4] Rec. Doc. 48-1 at 3–4.

1

[or] maintain the vehicle."[5] On March 17, 2021, the Court granted Plaintiff's *ex parte* motion to dismiss his direct negligence claims against Tranzit.[6] Accordingly,

**IT IS HEREBY ORDERED** that Defendants' "Motion for Partial Summary Judgment,"[7] is **DENIED AS MOOT**.

**NEW ORLEANS, LOUISIANA,** this  7th   day of April, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[5] Rec. Doc. 48.

[6] Rec. Doc. 50.

[7] Rec. Doc. 48.